## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ROBERT W. VESTAL,<br><br>               Petitioner,<br><br>    v.<br><br>KENNETH QUINN,<br><br>               Respondent. | Case No.  C07-5688RBL<br><br>ORDER GRANTING I.F.P. APPLICATION |

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 9th day of January, 2008.

                                    */s/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge