# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT W. VESTAL

v.

KENNETH QUINN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5688RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The petition for writ of habeas corpus is DENIED; and

Petitioner's pending motions are moot and/or inappropriate and therefore DENIED.

| | |
|---|---|
| May 12, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |